UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHERINE LORELLE BISHOP,<br><br>      Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. C24-854-MLP<br><br>ORDER TO SHOW CAUSE |

  On June 13, 2024, Plaintiff filed the instant action seeking review of the Commissioner's decision denying her disability benefits. (Dkt. # 1.) On August 16, 2024, the Court issued a scheduling order that set word count limits. (Dkt. # 8.) Plaintiff submitted her opening brief on September 16, 2024 (dkt. # 9), but the Court noted the brief failed to include a certification of word count as required by Local Civil Rule ("LCR") 7(e)(6), warning that "future noncompliant briefs may be stricken." (Dkt. # 10.)

  On October 30, 2024, Plaintiff filed her reply brief (dkt. # 13), which again failed to certify its word count as required by LCR 7(e)(6). Accordingly, by **November 1, 2024**, Plaintiff is ORDERED to: (1) show cause for the noncompliance with the scheduling order; and (2)

correct the deficiencies in her reply brief. Failure to comply may result in the Court striking the reply brief.

Dated this 30th day of October, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2